```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         BLUEFIELD
```

**WILLIAM THOMAS KNIGHT, II,**

    **Plaintiff,**

v.                                           Civil Action No. 1:10-00072

**GEORGE JANICE, Warden,**
**et al.,**

    **Defendants.**

## JUDGMENT ORDER

Consistent with the court's Memorandum Opinion and Order entered this same day, the court hereby:

1. **GRANTS** in part and **DENIES** in part Defendants' Motion for Rule 41 Dismissal and Motion for Sanctions (Document No. 51.);

2. **DENIES** as moot Defendants' Motion for Summary Judgment (Document No. 47.);

3. **DISMISSES** Plaintiff's Complaint (Document No. 1.) and **DIRECTS** the Clerk to remove this matter from the Court's docket.

The Clerk is directed to forward a certified copy of this Judgment Order to plaintiff, pro se, and counsel of record.

It is **SO ORDERED** this 2nd day of February, 2011.

                                                   ENTER:

                                                   *David A. Faber* (signature)

                                                   David A. Faber
                                                   Senior United States District Judge